# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| LIGHTHOUSE CAPITAL FUNDING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 2:09-cv-02425-SHM-cgc |
| v. | )<br>) |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CRAWFORD & COMPANY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated and agreed, by and between the attorneys for Plaintiff Lighthouse Capital Funding, Inc. ("Plaintiff"), on the one hand, and the attorneys for Defendants Certain Underwriters at Lloyd's of London and Crawford & Company ("Underwriters"), and Crawford & Company ("C&C," collectively with Underwriters the "Defendants"), on the other hand, pursuant to Fed. R. Civ. P. 41(a)(1), that:

Plaintiff's Complaint as against Defendants is hereby **DISMISSED WITH PREJUDICE** as to all claims related to this lawsuit.

Each party shall bear his or its own costs, expenses and attorneys' fees. The entry of this Order shall constitute the final judgment in this action.

IT IS SO ORDERED this the 19th day of January, 2011.

                                                          *s/Samuel H. Mays, Jr.*
                                                          SAMUEL H. MAYS, JR.
                                                          UNITED STATES DISTRICT JUDGE